RECEIVED
JUN 21 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOAN MARTEEL SIMPSON, ET. AL., Plaintiffs | CIVIL ACTION NO. 15-CV-02467 |
| VERSUS | CHIEF JUDGE DRELL |
| RELIANCE STANDARD LIFE INSURANCE CO, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Motion for Summary Judgment (Doc. 12) is DENIED.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (Doc. 2) is GRANTED, and that Plaintiff's claims are dismissed with prejudice.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 20th day of June, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT